| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Frank Investments, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0836952** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1003 W. Indiantown Rd, Suite 210**<br>**Jupiter, FL 33458**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Frank Investments, Inc.**                                              Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Rio Mall, LLC** | | Relationship | **Affiliate** |
| District | **US Bankruptcy Court, Southern District of Florida** | When **6/28/18** | Case number, if known | **18-17840-EPK** |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 2

Debtor **Frank Investments, Inc.**      Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Frank Investments, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 17, 2018**
                    MM / DD / YYYY

**X** **/s/ Bruce Frank**                                         **Bruce Frank**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**                                Date **August 17, 2018**
Signature of attorney for debtor                                       MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**        Email address    **bss@slp.law**

**121622 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Frank Investments, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 16, 2018**     X  /s/ Bruce Frank
                                        Signature of individual signing on behalf of debtor

**Bruce Frank**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Frank Investments, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anchor Commercial Bank**<br>**11025 RCA Center Dr**<br>**Suite 101**<br>**Palm Beach Gardens, FL 33410** | | **Mortgage on an office condo in Palm Beach Gardens** | | **$283,260.07** | **Unknown** | **Unknown** |
| **Astor Weiss Kaplan & Mandel, LLP**<br>**200 South Broad St**<br>**Suite 600**<br>**Philadelphia, PA 19102** | | | | | | **$67,972.26** |
| **Audi Financial Services**<br>**P.O. Box 5215**<br>**Carol Stream, IL 60197-5215** | | | | **$43,617.69** | **Unknown** | **Unknown** |
| **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | | | **$13,771.00** | **Unknown** | **Unknown** |
| **Broward County Tax Collector**<br>**PO Box 29009**<br>**Fort Lauderdale, FL 33302-9009** | | **For Information Purposes** | | | | **Unknown** |
| **City of Absecon Tax Office**<br>**500 Mill Rd**<br>**Absecon, NJ 08201** | | | | | | **$19,252.68** |
| **City of Cape May Tax Office**<br>**643 Washington St**<br>**Cape May, NJ 08204** | | | | | | **$10,412.28** |

Debtor  **Frank Investments, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Ventnor Tax Office** 6201 Atlantic Ave Ventnor City, NJ 08406 | | | | | | $5,764.27 |
| **Egg Harbor Township Tax Collector** 3515 Bargaintown Rd Egg Harbor Township, NJ 08234 | | | | | | $330,751.05 |
| **Florida Department of Revenue** P.O. Box 6668 Tallahassee, FL 32314-6668 | | For Information Purposes | | | | Unknown |
| **GM Financial Leasing** P.O. Box 78143 Phoenix, AZ 85062 | | | | $371.85 | Unknown | Unknown |
| **Internal Revenue Service** Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202 | | For Information Purposes | | | | Unknown |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19114 | | For Information Purposes | | | | Unknown |
| **Office of Attorney General** State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050 | | For Information Purposes | | | | Unknown |
| **Palm Beach County Tax Collector** PO Box 3353 West Palm Beach, FL 33402-3353 | | For Information Purposes | | | | Unknown |
| **Palm Beach County Tax Collector** P.O. Box 3715 West Palm Beach, FL 33402-3715 | | | | | | $7,091.41 |

Debtor **Frank Investments, Inc.**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ranson Retail II, LLC** **P.O. Box 79244** **Baltimore, MD 21279-0244** | | | **Disputed** | | | **$22,204.44** |
| **SEC Headquarters** **100 F Street, NE** **Washington, DC 20549** | | **For Information Purposes** | | | | **Unknown** |
| **Securities and Exchange Commission** **801 Brickell Ave., Suite 1800** **Miami, FL 33131** | | **For Information Purposes** | | | | **Unknown** |
| **Stonegate Bank** **1430 N. Federal Highway** **Fort Lauderdale, FL 33304** | | | | **Unknown** | **Unknown** | **Unknown** |

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Frank Investments, Inc.**                                              Case No.
                                        Debtor(s)                                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 16, 2018**                           _____
                                                     Bruce Frank/President
                                                     Signer/Title

Anchor Commercial Bank
11025 RCA Center Dr
Suite 101
Palm Beach Gardens, FL 33410


Astor Weiss Kaplan & Mandel, LLP
200 South Broad St
Suite 600
Philadelphia, PA 19102


Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197-5215


Bank of America
P.O. Box 851001
Dallas, TX 75285-1001


Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33302-9009


City of Absecon Tax Office
500 Mill Rd
Absecon, NJ 08201


City of Cape May Tax Office
643 Washington St
Cape May, NJ 08204


City of Ventnor Tax Office
6201 Atlantic Ave
Ventnor City, NJ 08406


Egg Harbor Township Tax Collector
3515 Bargaintown Rd
Egg Harbor Township, NJ 08234


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


GM Financial Leasing
P.O. Box 78143
Phoenix, AZ 85062

```
Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Palm Beach County Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353


Ranson Retail II, LLC
P.O. Box 79244
Baltimore, MD 21279-0244


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Stonegate Bank
1430 N. Federal Highway
Fort Lauderdale, FL 33304


SunTrust Consumer Loan Payments
P.O. Box 791144
Baltimore, MD 21279-1144
```

```
TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243-9517


The Bancorp Bank
405 Silverside Road, Suite 105
Wilmington, DE 19809


The Bancorp Bank
c/o Charles Naselsky, Blank Rome, LLP
One Logan Square
18th and Cherry Streets, Third Floor
Philadelphia, PA 19103-6998


The Bancorp Bank
c/o Suzanne Moore
409 Silverside Road, Suite 105
Wilmington, DE 19809


The Bancorp Bank
1818 Market Street
29th Floor
Philadelphia, PA 19103


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
```