UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Chapter No.: 11
Frank Investments, Inc.                                   Case No.: 18-20019-EPK

**PALM BEACH COUNTY TAX COLLECTOR'S
NOTICE TO DEBTOR OF ADDITIONAL CREDITORS**

ANNE M. GANNON, as Tax Collector of Palm Beach County, Florida, hereby gives notice that the following certificate holder(s) purchased, at auction, the pre-petition, secured, real property tax liens of the Palm Beach County Tax Collector pursuant to Chapter 197, Florida Statutes.

| Certificate Holder And Certificate Number | Face Amount | Total Interest Through Filing Date | Date Purchased | Certificate Interest Rate | Property Control Number |
|---|---|---|---|---|---|
| GSRAN-Z, LLC Certificate No. 2018-18706 | $6,747.77 | $337.39 | 6/1/2018 | .25% | 52-43-42-05-18-001-1010 |

The certificate amount reflects the amount paid by the certificate holder on the date of purchase. Any claim of the Tax Collector of Palm Beach County, if filed, shall be on a separate Proof of Claim and will **NOT** include the amounts due the certificate holder(s) identified above. **This filing is for informational purposes only to all parties in this case. This document is not a pleading, nor a claim of any kind.**

Prepared from the public records of Anne M. Gannon, Tax Collector, Palm Beach County, Florida.

Orfelia M. Mayor, Esq.
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, FL 33402-3715
(561) 355-2141
Florida Bar Number: 646751

By: /s/ Orfelia M Mayor
    Attorney for Anne M. Gannon
    Constitutional Tax Collector
    Serving Palm Beach County