UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                    Case No. 18-20019-EPK

FRANK INVESTMENTS, INC.,                                Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that James A. Timko, Esq. of the law firm Shutts & Bowen LLP, 300 S. Orange Avenue, Suite 1600, Orlando, Florida 32801, as local counsel, files this Notice of Appearance as counsel of record in this proceeding on behalf of Frank Theatres Rio, LLC and Frank Entertainment Group, LLC (collectively, "Frank Theatres").

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned hereby requests and demands that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add the undersigned to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Frank Theatres, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; or (iv) a

waiver of any right to jury trial which may exist in favor of Frank Theatres in any proceeding that has been or will be instituted during the course of the case.

Dated:  August 20, 2018.

Respectfully Submitted,

*/s/ James A. Timko, Esq.*
JAMES A. TIMKO, ESQ.
Florida Bar No. 88858
jtimko@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for Frank Theatres Rio, LLC and Frank Entertainment Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2018 a true and correct copy of the foregoing was served on all parties listed below via CM/ECF and/or U.S. Mail.

**Frank Investments, Inc.**
1003 W. Indiantown Rd., Suite 210
Jupiter, FL 33458
*Debtor*

**Office of the U.S. Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

**Bradley S. Shraiberg, Esq.**
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431
*Counsel for Debtor*

*/s/ James A. Timko, Esq.*
JAMES A. TIMKO, ESQ.

ORLDOCS 16336626 1