

**ORDERED in the Southern District of Florida on August 20, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**                                                             Case No. 18-20019-EPK

**FRANK INVESTMENTS, INC.,**                         Chapter 11

      Debtor.
_____/

### ORDER SCHEDULING INITIAL
### CHAPTER 11 STATUS CONFERENCE

This case came on for consideration, *sua sponte*, for the purpose of scheduling a status conference pursuant to 11 U.S.C. § 105(d).

On August 17, 2018, Frank Investments, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. The Court finds it appropriate to schedule a status conference for the purpose of reviewing the circumstances of this chapter 11 case, including any anticipated significant contested matters or adversary proceedings, and to consider whether it is appropriate to (1) fix or change the deadline for the filing of proofs of claim or interest (other than claims of governmental entities), (2) fix a date by which the Debtor, or trustee if one has been appointed, must assume or reject executory contracts and unexpired leases, (3) set a date by

which the Debtor, or trustee if one has been appointed, shall file a disclosure statement and plan, (4) set a date by which the Debtor, or trustee if one has been appointed, shall solicit acceptance of a plan, (5) set a date after which a party in interest other than the Debtor may file a plan, (6) set a date by which a proponent of a plan, other than the Debtor, shall solicit acceptances of such plan, (7) fix the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement, and (8) consider whether the hearing on approval of the disclosure statement should be combined with the hearing on confirmation of the plan.  If a committee has been appointed under 11 U.S.C. § 1102, the Court will also consider any issues relating to the requirements of section 1102(b)(3).  If not previously determined, the Court will determine at the status conference whether the case is a single asset real estate case.  Accordingly, the Court ORDERS as follows:

1. The Court will hold a status conference on **September 19, 2018 at 2:00 p.m.** at the United States Bankruptcy Court, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2. To fully effectuate the purposes of 11 U.S.C. § 105(d), the following parties shall appear at the status conference, as applicable: counsel of record for the Debtor; counsel for the United States Trustee; and counsel for any committee. Such parties are directed to bring with them all calendaring material so deadlines can be set at the status conference.

###

Copy furnished to:

Bradley S. Shraiberg, Esq.

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this Order on all parties that have filed notices of appearance, all indenture trustees, all creditors shown on the list required by Bankruptcy Rule 1007(d), counsel for any official committee appointed in this case (if counsel has yet to be retained then on the members of the committee), creditors holding claims known to be secured by property in which the estate has an interest, the Debtor, and the United States Trustee, and to file a certificate of service attesting to the same.*