**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                                  Case No. 18-20019-EPK
                                                                                              Chapter 11
Frank Investments, Inc.,

        Debtor.

_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gary M. Freedman of the law firm of Nelson Mullins Broad and Cassel hereby enters his appearance as counsel for Investors Bank and requests that all further correspondence, pleadings, and papers be served upon him at the following address:

>   Gary M. Freedman
>   Nelson Mullins Broad and Cassel
>   2 S. Biscayne Blvd., 21st Floor
>   Miami, Florida 33131
>   gary.freedman@nelsonmullins.com
>   yari.portanova@nelsonmullins.com

This Notice of Appearance or any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion or any other writing of conduct is not intended to nor is it a consent to jurisdiction of the Bankruptcy Court over Investors Bank, including but not limited to waiver of (1) Investors Bank's rights to have final orders or judgments in non-core matters entered only after de novo review by a district judge, (2) Investors Bank's rights to a trial by jury in any proceeding so triable, (3) Investors Bank's rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Investors Bank is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Investors Bank expressly reserves.

Case No. 18-20019-EPK

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the Court's ECF portal on August 23, 2018 on all parties registered to receive filings in the instant case.

          Respectfully submitted,

          By: */s/* Gary M. Freedman
          Gary M. Freedman
          Florida Bar No. 727260
          NELSON MULLINS BROAD AND CASSEL
          *Counsel for Investors Bank*
          One Biscayne Tower, 21st Floor
          2 S. Biscayne Boulevard
          Miami, Florida 33131
          Telephone:   305.373.9449
          Fax:              305.373.9443
          Email: gary.freedman@nelsonmullins.com