UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK INVESTMENTS, INC.,                               Chapter 11

    Debtor.                                                        Case No.: 18-20019-EPK

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

    In compliance with Local Rule 2081-1(B), the debtor-in-possession, Frank Investments, Inc. (the "Debtor"), files this Chapter 11 Case Management Summary and states:

    The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

    1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **August 17, 2018**

    2.    Names, case numbers and dates of filing of related debtors:

- **Rio Mall, LLC; Petition Date: 6/28/2018; Case No. 18-17840-EPK**
- **Frank Theatres Management, LLC; Petition Date: 8/17/2018; Case No. 18-20022-MAM**
- **Frank Entertainment Companies, LLC; Petition Date: 8/17/2018; Case No. 18-20023-MAM**

    3.    Description of Debtor's business: **Commercial Real Estate Rental**

    4.    Locations of debtor's operations and whether the business premises are leased or owned: **6733 Black Horse Pike, Egg Harbor Township, NJ 08234; 711 Beach Avenue, Cape May, NJ 08204; 3320 White Horse Pike, Mullica Township, NJ 08217; 445 Absecon Blvd, Absecon, NJ 08201; 5207-5213 Ventnor Avenue, Ventnor, NJ 08406; 11380 Prosperity Farms Road, Unit 101, Palm Beach Gardens, FL 33410. All properties are owned.**

    5.    Reasons for filing chapter 11: **The debtor defaulted on its mortgage with its primary secured creditor.**

    6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Bruce S. Frank, Deborah B. Frank. No salaries paid. Shareholders compensated through distribution of net profits from operation of rental real estate.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition (these numbers include gross income from the Debtor's wholly owned operating company): **YTD 2018 Gross Income: $741,269.05; 2017 Gross Income: $1,860,422.37**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **Approximately $373,271.69**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:
    **Bancorp Bank $17,470,115 due collateralized by real estate having an estimated value of $19,215,000.**
    **Anchor Commercial Bank $283,260 due collateralized by real estate with an estimated value of $440,000.**

    c. Amount of unsecured nonpriority claims: **Approximately $90,176.70**

9. General description and approximate value of the debtor's assets: **Will be provided.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

| Insurer | Type of Policy | Policy # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---|---|---|---|---|---|
| Lexington | Property | AIP1333644200 | 17,917,000 | Yes | 11/1/18 |
| Hanover | General Liability | LHFD41735902 | 2,000,000 | Yes | 11/1/18 |
| Hanover | Umbrella Liability | UHFD41741300 | 5,000,000 | Yes | 11/1/18 |
| Hanover | Auto Liability | AWFA76825002 | 1,000,000 | Yes | 11/1/18 |
| Travelers | Boiler and Machinery | BME10L553324TIL18 | 75,000,000 | Yes | 7/1/19 |

11. Number of employees and amounts of wages owed as of petition date: **None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):
**No payroll tax liabilities. Florida sales tax current.**

13. Anticipated relief to be requested within 14 days from the petition date:
    **(a) Application to employ bankruptcy counsel; (b) motion for authority to use cash collateral.**

14. Ownership structure of the Debtor: **75% owned by Bruce S. Frank; 25% owned by Deborah B. Frank**

      **Frank Investments, Inc.**

      By: _____
        Bruce S. Frank, President

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 24th day of August, 2018.

                Respectfully Submitted,

                **SHRAIBERG, LANDAU & PAGE, P.A.**
                Attorneys for the Debtor
                2385 NW Executive Center Drive, #300
                Boca Raton, Florida 33431
                Telephone: 561-443-0800
                Facsimile: 561-998-0047
                pdorsey@slp.law

            By:   /s/ Patrick Dorsey
                    Patrick Dorsey
                    Florida Bar. No. 85841