# United States Bankruptcy Court
## Southern District of Florida

In re  **Frank Investments, Inc.**                                                                 Case No.  **18-20019**
                                              Debtor(s)                                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Frank Investments, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 27, 2018** | **/s/ Bradley S. Shraiberg** |
| Date | **Bradley S. Shraiberg 121622** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Frank Investments, Inc.** |
| | **Shraiberg Landau & Page PA** |
| | **2385 NW Executive Center Dr** |
| | **Suite 300** |
| | **Boca Raton, FL 33431** |
| | **561 443 0800 Fax:561 998 0047** |
| | **bss@slp.law** |