

**ORDERED in the Southern District of Florida on September 4, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK INVESTMENTS, INC., *et al.*,          Lead Case No. 18-20019-EPK

    Debtors.                                                                  Chapter 11
                                                                                     Jointly Administered
_____/

### ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

THIS MATTER came before the Court without hearing, upon the *Ex Parte Motion for Extension of Time to File Schedules and Statements* (the "Motion") [ECF No. 30] filed by Frank Entertainment Companies, LLC, Frank Investments, Inc. and Frank Theatres Management, LLC (the "Debtors"). The Court has reviewed the Motion and contents of the case file and is otherwise duly informed. It is

**ORDERED AND ADJUDGED** as follows:

{2230/000/00414185}

1. The Motion is **GRANTED**.

2. The deadline for the Debtors to file the Schedules is extended through and including September 14, 2018.[1]

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

{2230/000/00414185}