UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                 Case No. 18-20019-EPK

                                                                        Chapter 11

Frank Investments, Inc.



                    Debtor.
_____/

**NOTICE OF APPEARANCE**

Lawrence E. Pecan (the ***"Undersigned"***) hereby gives notice of appearance on behalf of creditor, Dezer Intracoastal Mall, LLC, and designates the following address for service of papers in this case:

LAWRENCE E PECAN

18001 Collins Ave, 31st Floor
Sunny Isles Beach, FL 33160
LPecan@dezer.com

Pursuant to Federal Rules of Bankruptcy Procedure Rules 2002 and 3017, Undersigned requests that the Clerk of this Court and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, including, without limitation to, all pleadings, motions, objections, orders, notices, applications, petitions, responses, opposition papers, answering papers, reply papers, demands, plans, disclosure statements, reports and statements submitted to the United States Trustee and any other papers, documents or communications pertaining to this case or any adversary proceeding, contested or uncontested matter relating to this case, whether written, oral, formal, informal, by hand delivery, mail, telephone, facsimile,

electronic filing, or in any other manner whatsoever, to the above listed attorney. In addition, Undersigned requests that it be added to the Clerk's mailing matrix list of creditors on behalf of Dezer Intracoastal Mall LLC, to the special mailing matrix for all counsel of record, to the Chapter 11 Master Service List pursuant to Local Rule 2002-1(K), if one is created, and to the CM/ECF registry for electronic notices in this case. Please take notice that Dezer Intracoastal Mall LLC intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall: (i) by itself, subject it to the jurisdiction of this Court or waive any objection to the jurisdiction of the Bankruptcy Court; (ii) waive any objection to whether any specific adversary matter or contested proceeding is a core proceeding; (iii) waive his right to have final orders in non-core matters entered only after de novo review by a district court judge; (iv) waive any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (v) waive any right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (vi) waive jurisdiction or any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which jurisdiction, rights, claims, actions, defenses, setoffs, recoupments and remedies he expressly reserves; or (vii) or waive any other right possessed by him not expressly included above

    Respectfully submitted,

    /s/ Lawrence E. Pecan
    Lawrence E. Pecan, Esquire
    Florida Bar No. 99086
    LAWRENCE E PECAN
    18001 Collins Ave, 31st Floor
    Sunny Isles Beach, FL 33160
    LPecan@dezer.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being delivered to the recipients on the Service List via notices of electronic filing.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire