

**ORDERED in the Southern District of Florida on October 18, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FRANK INVESTMENTS, INC., | Case No. 18-20019-EPK |
| FRANK THEATRES MANAGEMENT, LLC, and | Case No. 18-20022-EPK |
| FRANK ENTERTAINMENT COMPANIES, LLC, | Case No. 18-20023-EPK |
| | (Jointly Administered) |
| Debtor(s). | |
| _____/ | |

### ORDER DENYING EMERGENCY MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

This matter came before the Court for hearing on October 17, 2018 upon the *Emergency Motion for Contempt for Violation of the Automatic Stay* [ECF No. 65] (the "Motion") filed by Frank Theatres Management, LLC (the "Debtor"). For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 65] is DENIED.

###

Copy to: Patrick Dorsey, Esq.

*Patrick Dorsey, Esq. shall serve a copy of this order on all appropriate parties in interest and shall file a certificate of service with the Court.*