

**ORDERED in the Southern District of Florida on December 26, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FRANK INVESTMENTS, INC.,** | **Case No. 18-20019-EPK** |
| **FRANK THEATRES MANAGEMENT, LLC,** and | **Case No. 18-20022-EPK** |
| **FRANK ENTERTAINMENT COMPANIES, LLC,** | **Case No. 18-20023-EPK** |
| | **(Jointly Administered)** |
| Debtor(s). | |
| _____/ | |

## ORDER GRANTING AGREED MOTION TO CONTINUE HEARINGS

This matter came before the Court upon the *Agreed Ex Parte Motion to Continue Hearings* [ECF No. 129] (the "Motion to Continue") filed by Frank Investments, Inc., Frank Entertainment Companies, LLC, and Frank Theatres Management, LLC (collectively, the "Debtors").

In the Motion to Continue, the Debtors request a continuance of the January 3, 2019 hearings on: (1) *Bancorp Bank's Motion to Convert Case from Chapter 11 to Chapter 7 of the Bankruptcy Code* [ECF No. 111] filed by The Bancorp Bank; (2) the *Motion to Extend Exclusivity and Solicitation Periods* [ECF No. 117] filed by the Debtors; and (3) the *Motion*

to Extend Deadline for Filing Plan and Disclosure Statement* [ECF No. 120] filed by the Debtors.

Having considered the Motion to Continue, the Court ORDERS and ADJUDGES as follows:

1. The Motion to Continue [ECF No. 129] is GRANTED.

2. The hearings on *Bancorp Bank's Motion to Convert Case from Chapter 11 to Chapter 7 of the Bankruptcy Code* [ECF No. 111], the *Motion to Extend Exclusivity and Solicitation Periods* [ECF No. 117], and the *Motion to Extend Deadline for Filing Plan and Disclosure Statement* [ECF No. 120] shall be CONTINUED to **2:00 p.m. on January 17, 2019** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, Room 801, Courtroom B, West Palm Beach, Florida 33401.

###

Copy to:

Patrick Dorsey, Esq.

*Patrick Dorsey, Esq. shall serve a copy of this order on all appropriate parties and file a certificate of service with the Court.*