UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK INVESTMENTS, INC., *et al.*,                    Lead Case No. 18-20019-EPK

    Debtors.                                                                    Chapter 11
                                                                                  (Jointly Administered)
_____/

## MOTION FOR PROTECTIVE ORDER

    Debtors in Possession, Frank Investments, Inc., a New Jersey corporation, Frank Entertainment Companies, LLC, Frank Theatres Management, LLC and Frank Investments, Inc., a Florida corporation (the "Debtors"), respectfully request a protective order regarding Rule 2004 discovery. In support of this request the Debtors state:

    1.    On January 15, 2019 NEC Financial Services, LLC ("NEC") filed a motion for stay relief regarding certain property in which it holds a purchase money security interest (the "Property"). ECF No. 160. The parties entered into an agreed order resolving the motion on March 12, 2019. ECF No. 223.

    2.    Following entry of the agreed order, NEC issued a Rule 2004 deposition *duces tecum* notice to the Debtors in order to ascertain the location of the Property. ECF No. 230. Based on communications with NEC, the Debtors believe that the Rule 2004 discovery will be withdrawn once the Property was identified and accounted for.

    3.    Upon information and belief, the Debtors have accounted for the Property to NEC and NEC intends to withdraw its deposition notice. However, the notice is still pending on the Court's docket.

    4.    In light of the foregoing, the Debtors respectfully request entry of an order extending the document production deadline and examination date in the Notice by approximately

two weeks. This request is not being made for purposes of delay and will not prejudice any interested party. Rather, it will enable counsel for the parties to confer regarding the Property and, in all likelihood, result in the discovery being withdrawn.

5. Prior to filing this Motion, the undersigned attempted to communicate with counsel for NEC by e-mail and telephone in a good faith effort to obtain said extension without court intervention but did not receive a response.

**WHEREFORE**, the Debtors request that the Court enter an order: (1) extending the document production deadline and examination date in the Notice by approximately two weeks, and (2) granting such other relief is as appropriate under the circumstances.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on April 5, 2019.

Respectfully submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
pdorsey@slp.law

By: /s/ Patrick Dorsey
Patrick Dorsey, Esq.
Florida Bar. No. 0085841