UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK INVESTMENTS, INC., *et al.*,                    Lead Case No. 18-20019-EPK

    Debtors.                                                                          Chapter 11
                                                                                              (Jointly Administered)

_____/

**DEBTOR'S FOURTH OMNIBUS OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf, or the claim as listed in the bankruptcy schedules of Frank Investments, Inc., a New Jersey corporation ("FI New Jersey" or the "Debtor").  **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED**.

    If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed or scheduled, and you must mail a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

    If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

    United States Bankruptcy Court
    Flagler Waterview Building
    1515 North Flagler Drive, 8th Floor
    West Palm Beach, Florida 33401

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claims filed or scheduled in this case.  The basis for this objection and the Debtor's recommended disposition of the claim(s) are more specifically set forth below:

| \ | Claimants of the Debtor | | |
|---|---|---|---|
| **Claim No.** | **Name of Claimant** | **Claim Amount** | **Basis for Objection and Recommended Disposition** |
| 31 | Investa Services for GSRAN-Z, LLC<br>1266 West Paces Ferry Rd<br>Box #517<br>Atlanta, GA 30327 | $7,085.16 | This claim has been filed as a secured claim, secured by certain real property located at 11380 Prosperity Farms Road, Unit 101, North Palm Beach, Florida 33410-3474. Said property has been sold and the claim has been paid in full. ECF No. 417.<br><br>Investa Services for GSRAN-Z, LLC accordingly no longer holds a claim against the estate and this claim should be stricken and disallowed in its entirety. |
| 34 | Chatham County Tax Commissioner<br>Attn: Theresa C. Harrelson<br>Post Office Box 8324<br>Savannah, GA 31412 | $1,087.42 | This documentation supporting this claim references "Victory Square 9" and "Frank Theatres". However, the name of the debtor is Frank Investments, Inc.<br><br>Because the claim appears to be filed against the wrong person(s) it should be stricken and disallowed in its entirety. |
| 36 | Dezer Intracoastal Mall, LLC<br>18001 Collins Ave.<br>31st Floor<br>Sunny Isles Beach, FL 33160 | $1,171,237.83 | This claim and its supporting documentation reference a separate entity, Frank Theatres Intracoastal, LLC. However, the name of the Debtor is Frank Investments, Inc.<br><br>Additionally, the claim was filed on May 1, 2019, after the November 15, 2018 claims bar date.<br><br>Because the claim appears to be filed against the wrong person(s) and is untimely it should be stricken and disallowed in its entirety. |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on May 19, 2020, and by First Class U.S. mail to all parties listed on the attached service list on May 20, 2020.

        Respectfully Submitted,

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        Attorneys for the Debtor
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@slp.law
        Email: pdorsey@slp.law

        By:   /s/ Patrick Dorsey
                Bradley S. Shraiberg, Esq.
                Florida Bar. No. 121622
                Patrick Dorsey, Esq.
                Florida Bar. No. 0085841

**<u>Service List</u>**

Investa Services for GSRAN-Z, LLC
1266 West Paces Ferry Rd
Box #517
Atlanta, GA 30327

Chatham County Tax Commissioner
Attn: Theresa C. Harrelson Post Office Box
8324 Savannah, GA 31412

Dezer Intracoastal Mall, LLC
18001 Collins Ave.
31st Floor
Sunny Isles Beach, FL 33160

{2230/000/00497671}