UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK INVESTMENTS, INC., *et al.,*

    Debtors.

_____/

Chapter 11

Lead Case No. 18-20019-EPK
(Jointly Administered)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Order Awarding Final Compensation to GlassRatner Advisory & Capital Group, LLC as Chief Restructuring Officer and Financial Advisor to Frank Investments, Inc. (NJ)* **[ECF No. 669]**; *Order Awarding Final Compensation to GlassRatner Advisory & Capital Group, LLC as Financial Advisor to Frank Theatres Management, LLC* **[ECF No. 670]**; *Order Approving Third and Final Application for Compensation and Reimbursement of Expenses as General Bankruptcy Counsel for Frank Theatres Management, LLC* **[ECF No. 671]**; *Order Granting Motion to Voluntarily Dismiss Frank Theatres Management, LLC Case Following Payment of Administrative Claims* **[ECF No. 672];** and *Order Approving Disclosure Statement and Confirming Chapter 11 Plan of Liquidation* **[ECF No. 673]** were served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class U.S. Mail to the parties listed on the attached service list on June 30, 2020.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                         SHRAIBERG, LANDAU & PAGE, P.A.
                         Attorneys for the Debtors
                         2385 NW Executive Center Drive, #300
                         Boca Raton, Florida 33431
                         Telephone: 561-443-0800
                         Facsimile: 561-998-0047
                         Email: pdorsey@slp.law

                         By:  */s/ Patrick Dorsey*_____
                                Patrick Dorsey
                                Florida Bar No. 85841

{2230/000/00501318}

# Service List
## Case No. 18-20019-EPK

**Served via CM/ECF:**

Joaquin J Alemany on behalf of Creditor Brixmor Victory Square, LLC
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor IPFS Corporation
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Alan Barbee
abarbee@glassratner.com, abarbee@glassratner.com

Daniel C Bruton on behalf of Creditor Surrey Bank and Trust
dbruton@belldavispitt.com

Charles I Cohen, Esq on behalf of Creditor Deborah Frank
ccohen@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com

Charles I Cohen, Esq on behalf of Creditor Deborah B Frank
ccohen@furrcohen.com, atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com

Carmen Contreras-Martinez on behalf of Creditor SBA Towers II LLC
carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com

Robert W Davis on behalf of Creditor Brixmor Victory Square, LLC
robert.davis@hklaw.com, pauline.nye@hklaw.com

Robert W Davis on behalf of Creditor Gettysburg Outlet Center CMBS, LLC
robert.davis@hklaw.com, pauline.nye@hklaw.com

Joshua W Dobin on behalf of Creditor Water Tower Square Associates
jdobin@melandrussin.com,
ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Patrick R Dorsey on behalf of Debtor Frank Entertainment Companies, LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law

Patrick R Dorsey on behalf of Debtor Frank Investments, Inc.
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law

Patrick R Dorsey on behalf of Debtor Frank Theatres Management, LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law

Patrick R Dorsey on behalf of Interested Party Frank Entertainment Companies, LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law

Patrick R Dorsey on behalf of Interested Party Frank Theatres Management, LLC
pdorsey@slp.law, dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law

Bertis A Echols on behalf of Creditor TD Auto Finance, LLC
bechols@evanspetree.com, sbruce@evanspetree.com

C Craig Eller, Esq on behalf of Creditor Anchor Commercial Bank
craig.eller@nelsonmullins.com, lisa.negron@nelsonmullins.com

{2230/000/00501318}

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Julianne R. Frank on behalf of Creditor ALZ Holdings, LLC
julianne@jrfesq.com, G59511@notify.cincompass.com

Gary M Freedman, Esq on behalf of Creditor Investors Bank
gary.freedman@nelsonmullins.com, jackie.gonzalez@nelsonmullins.com;lisa.negron@nelsonmullins.com

Craig S Ganz on behalf of Creditor STORE Capital Acquisitions, LLC
ganzc@ballardspahr.com, phxdocketingbkr@ballardspahr.com;myersms@ballardspahr.com

Malinda L Hayes, Esq. on behalf of Creditor Ron Carter & Associates, Inc.
malinda@mlhlawoffices.com, mlhbnk@gmail.com

David E. Hicks, Esq. on behalf of Creditor ACAR Leasing LTD, Inc., d/b/a GM Financial Leasing
tbyington@kelleykronenberg.com

Ronald S Kaniuk, Esq. on behalf of Creditor Jocelyn and Brendan Byrne
ron@kaniuklawoffice.com

Dana L Kaplan on behalf of Creditor Comiter, Singer, Baseman & Braun
dana@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com

Joshua C Kligler on behalf of Creditor Delores Eigenmann
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com

Joshua C Kligler on behalf of Creditor Robert Eigenmann
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com

Gerard M Kouri Jr., Esq on behalf of Creditor SunTrust Bank N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

William J Levant on behalf of Creditor Water Tower Square Associates
wlevant@kaplaw.com

Laudy Luna, Esq. on behalf of Interested Party Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

David B Marks on behalf of Creditor Centennial Bank N.A.
brett.marks@akerman.com, charlene.cerda@akerman.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
ombankruptcy@mayorbankruptcy.com, legalservices@pbctax.com

Kevin Newman on behalf of Creditor Gettysburg Outlet Center CMBS, LLC
knewman@barclaydamon.com, kmnbk@barclaydamon.com,kevin-newman-8809@ecf.pacerpro.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S Paiva on behalf of Creditor US Bank as Custodian for Tower DBW VI Trust 2016-1
trustee.paiva@gmail.com, lmarder53@gmail.com

Lawrence E Pecan on behalf of Creditor Dezer Intracoastal Mall LLC
lpecan@gmail.com, l.pecan@gmail.com

{2230/000/00501318}

Eric S Pendergraft on behalf of Debtor Frank Investments, Inc.
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

David A Ray, Esq. on behalf of Creditor UnitedHealthcare Insurance Company
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;drabrams620@gmail.com

Heather L. Ries, Esq. on behalf of Creditor The Bancorp Bank
hries@foxrothschild.com, ralbert@foxrothschild.com

Jason S Rigoli, Esq. on behalf of Creditor Margaret Croke
jrigoli@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;wschnapp@furrcohen.com;staff1@furrcohen.com

Bruce S Rosenwater, Esq on behalf of Creditor Angelo J Isenburg
kpreble@rosenwater.com, r54419@notify.bestcase.com

Bradley S Shraiberg on behalf of Debtor Frank Entertainment Companies, LLC
bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Bradley S Shraiberg on behalf of Debtor Frank Investments, Inc.
bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Bradley S Shraiberg on behalf of Debtor Frank Theatres Management, LLC
bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Bradley S Shraiberg on behalf of Interested Party Frank Entertainment Companies, LLC
bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Bradley S Shraiberg on behalf of Interested Party Frank Theatres Management, LLC
bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Max J Smith on behalf of Debtor Frank Entertainment Companies, LLC
msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Max J Smith on behalf of Debtor Frank Investments, Inc.
msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Max J Smith on behalf of Debtor Frank Theatres Management, LLC
msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Max J Smith on behalf of Interested Party Frank Entertainment Companies, LLC
msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Max J Smith on behalf of Interested Party Frank Theatres Management, LLC
msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Gavin N Stewart on behalf of Creditor VW Credit, Inc.
bk@stewartlegalgroup.com

James A Timko on behalf of Creditor Frank Entertainment Group, LLC
jtimko@shutts.com, DCardenas@shutts.com;PLevitt@shutts.com

James A Timko on behalf of Creditor Frank Theatres, Rio LLC
jtimko@shutts.com, DCardenas@shutts.com;PLevitt@shutts.com

Howard S Toland on behalf of Creditor NEC Financial Services LLC

htoland@mitrani.com

Joseph S Van de Bogart on behalf of Creditor Jodie Louthe
joseph@vandebogartlaw.com, vandebogartlaw@gmail.com;katherine@vandebogartlaw.com

Maurice B. VerStandig on behalf of Special Counsel William H Pillsbury
mac@mbvesq.com, lisa@mbvesq.com

James J Webb, Esq on behalf of Creditor NEC Financial Services LLC
jwebb@mitrani.com, mmorhaim@mitrani.com

James J Webb, Esq on behalf of Creditor NEC Financial Services,LLC
jwebb@mitrani.com, mmorhaim@mitrani.com

Steven R Wirth on behalf of Creditor Sony Electronics, Inc.
steven.wirth@akerman.com,
judy.barton@akerman.com;Jennifer.meehan@akerman.com;Katherine.fackler@akerman.com;john.dicks@akerman.com

**Served by First Class U.S. Mail:**

[to all on attached matrix]

{2230/000/00501318}

```
Label Matrix for local noticing          ACAR Leasing LTD, Inc., d/b/a GM Financial L    Anchor Commercial Bank
113C-9                                    c/o Kelley Kronenberg  Attorneys at Law        11025 RCA Center Drive
Case 18-20019-EPK                         1511 N. Westshore Blvd., Suite 400             Suite 100
Southern District of Florida              Tampa, FL 33607-4596                           Palm Beach Gardens, FL 33410-4269
West Palm Beach
Tue Jun  9 10:58:27 EDT 2020

Bank of America, N.A.                     Brixmor Victory Square, LLC                    Centennial Bank N.A.
c/o Liebler, Gonzalez & Portuondo         c/o Joaquin J. Alemany, Esq.                   c/o Akerman LLP
44 W Flagler Street                       Holland & Knight LLP                           850 E Las Olas Blvd #1600
Courthouse Tower - 25th Floor             701 Brickell Avenue, Suite 3300                Ft Lauderdale, FL 33301
Courthouse Tower - 25th Floor             Miami, FL 33131-2898
Miami, FL 33130-1808

Chatham County Tax Commissioner           Comiter, Singer, Baseman & Braun               Frank Entertainment Companies, LLC
c/o Daniel T Powers                       c/o Kelley & Fulton, PL                        1003 W. Indiantown Rd, Suite 210
Attn: Theresa C Harrelson                 1665 Palm Beach Lakes Blvd #1000               Jupiter, FL 33458-6851
Post Office Box 8324                      West Palm Beach, FL 33401-2109
Savannah, GA 31412-8324

Frank Entertainment Group, LLC            Frank Investments, Inc.                        Frank Theatres Management, LLC
c/o Shutts & Bowen                        1003 W. Indiantown Rd, Suite 210               1003 W. Indiantown Rd, Suite 210
300 S Orange Ave #1600                    Jupiter, FL 33458-6851                         Jupiter, FL 33458-6851
Orlando, FL 32801-3382

Frank Theatres, Rio LLC                   Gettysburg Outlet Center CMBS, LLC             IPFS Corporation
c/o Shutts & Bowen LLP                    C/o Holland & Knight                           c/o Joaquin J. Alemany, Esq.
300 S Orange Ave #1600                    701 Brickell Avenue #3300                      Holland & Knight LLP
Orlando, FL 32801-3382                    Miami, FL 33131-2847                           701 Brickell Ave., Ste 3300
                                                                                         Miami, FL 33131-2898

Investors Bank                            Kingsport Mall, LLC                            Las Olas Riverfront, LP
c/o Nelson Mullins Broad and Cassel       John M Markwalter                              2434 E. Las Olas Blvd
2 S. Biscayne Blvd., 21st Floor           c/o Hull Property Group                        Fort Lauderdale, FL 33301-1573
Miami, FL 33131-1800                      1190 Interstate Parkway
                                          Augusta, GA 30909-6404

NEC Financial Services,LLC                Outback Steakhouse                             Palm Beach County Tax Collector
c/o James J. Webb, Esq.                   c/o Marshall Dennehey                          c/o Orfelia M Mayor
1200 Weston Road, Third Floor             15000 Midatlantic Dr #200                      POB 3715
Weston, fl 33326-1987                     POB 5429                                       West Palm Beach, FL 33402-3715
                                          Mount Laurel, NJ 08054-5429

Ron Carter & Associates, Inc.             SBA Towers II LLC                              Sony Electronics, Inc.
P.O. Box 81                               c/o Saul Ewing Arnstein & Lehr LLP             c/o Steven R. Wirth, Esq.
Montgomeryville, PA 18936-0081            701 Brickell Avenue                            401 East Jackson Street
                                          Suite 1700                                     Suite 1700
                                          Miami, FL 33131-2832                           Tampa, FL 33602-5250

SunTrust Bank N.A.                        Surrey Bank and Trust                          TD Auto Finance, LLC
c/o Gerard M. Kouri Jr.                   c/o Daniel C. Bruton                           1715 Aaron Brenner Drive, Suite 800
5311 King Arthur Ave                      PO Box 21029                                   Memphis, TN 38120-1445
Davie, FL 33331-3340                      Winston-Salem, NC 27120-1029


The Bancorp Bank                          US Bank as Custodian for Tower DBW VI Trust    UnitedHealthcare Insurance Company
c/o Heather L. Ries, Esq.                 c/o Chad S. Paiva, Esq.                        c/o David A. Ray, P.A.
Fox Rothschild LLP                        525 Okeechobee Blvd. #900                      1330 Southeast 4th Avenue
777 S. Flagler Drive                      West Palm Beach, FL 33401-6306                 Suite I
Suite 1700 West Tower                                                                    Ft. Lauderdale, FL 33316-1958
West Palm Beach, FL 33401-6161
```

VW Credit, Inc.
P.O. Box 5703
Clearwater, FL 33758-5703

Water Tower Square Associates
630 Sentry Parkway, #300
Blue Bell, PA 19422-2316

Aloha Smoothie
Joseph Chew
1031 Wissahikon Ave
Cape May NJ 08204-5212

Anchor Commercial Bank
11025 RCA Center Dr
Suite 101
Palm Beach Gardens, FL 33410-4269

Astor Weiss Kaplan & Mandel, LLP
200 South Broad St
Suite 600
Philadelphia, PA 19102-3813

Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197-5215

Avalon Coffee
Erling and Nanette Berg
1231 Lafayette Street
Cape May NJ 08204-1723

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America
PO Box 15220
Wilmington DE 19886-5220

Bose McKinney & Evans LLP
(Attn. Betsy Moore)
111 Monument Circle, Suite 2700
Indianapolis, IN 46204-5120

Brixmor Victory Square, LLC
David L. Pollack, Esq
c/o Ballard Spahr LLP
1735 Market St, 51st Fl
Philadelphia, PA 19103-7507

Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33302-9009

Bruce Proctor
Proctor Companies
10497 W Centennial Rd
Littleton, CO 80127-4218

CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UN
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Philadelphia, PA 19102-1640

Cape May Popcorn
GG & CMP
18 Timber Lane
Cape May NJ 08204-3864

Capital Contractors, Inc.
One CA Plaza, Suite 101
Islandia, NY 11749-5305

Chatham County Tax Commissioner
Attn:  Theresa C. Harrelson
Post Office Box 8324
Savannah, GA 31412-8324

City of Absecon Tax Office
500 Mill Rd
Absecon, NJ 08201-1900

City of Cape May Tax Office
643 Washington St
Cape May, NJ 08204-2397

City of Ventnor Tax Office
6201 Atlantic Ave
Ventnor City, NJ 08406-2797

Comiter, Singer, Baseman & Braun, LLP
c/o Kelley & Fulton, P.L.
1665 Palm Beach Lakes Boulevard, Suite 1
West Palm Beach, FL 33401-2121

Daniel C. Bruton
Bell Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029

Deborah A Frank
c/o Charles I Cohen, Esq.
2255 Glades Rd, Ste 301E
Boca Raton, FL 33431-7383

Dezer Intracoastal Mall LLC
18001 Collins Ave
31st Floor
Sunny Isles Beach, FL 33160-2722

Egg Harbor Township Tax Collector
3515 Bargaintown Rd
Egg Harbor Township, NJ 08234-8321

Eric A. Rosen, Esq.
Fowler White Burnett, P.A.
515 N. Flagler Drive
Suite 2100
West Palm Beach, FL 33401-4332

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Frank Entertainment Group, LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Frank Theatres Towne, LLC
Frank Theatres Towne Stadium 16
6733 Black Horse Pike
Egg Harbor Township NJ 08234-3901

GM Financial Leasing
P.O. Box 78143
Phoenix, AZ 85062-8143

| | | |
|---|---|---|
| GSRAN-Z, LLC<br>GSRAN-Z, LLC Deposit Account<br>PO Box 71276<br>Philadelphia, PA 19176-6276 | Gettysburg Outlet Center CMBS, LLC<br>c/o Barclay Damon LLP<br>Attn:  Kevin M. Newman, Esq.<br>125 East Jefferson Street<br>Syracuse, New York 13202-2515 | Hartford Fire Insurance Company<br>Bankruptcy Unit HO2-R Home Office<br>Hartford CT 06155-0001 |
| IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Investa Services for GSRAN-Z LLC<br>1266 W Paces Ferry Rd  Box #517<br>Atlanta, GA 30327-2306 | Investors Bank<br>101 Wood Avenue South<br>Iselin NJ 08830-2749 | Investors Bank<br>c/o Harold G. Cohen & Jerry R. DeSiderat<br>457 Haddonfield Road<br>Suite 700<br>Cherry Hill, NJ 08002-2201 |
| Jocelyn Byrne and Brendan Byrne<br>855 Valley Drive<br>Canton, GA 30114-7724 | Jocelyn Byrne and Brendan Byrne, husband and<br>Steven M. Petrillo, Esquire<br>Petrillo & Goldberg, P.C.<br>6951 North Park Drive<br>Pennsauken, NJ 08109-4212 | Jodie Louthe<br>c/o Suzanne Pasley c/o Barry Corrado<br>2700 Pacific Ave<br>Wildwood, NJ 08260-5248 |
| Jodie Marie Louthe<br>6 North 7th Street<br>Del Haven, NJ 08251-3501 | LiLi's Health Spa<br>Shufan Jiang<br>PO Box 194<br>Cape May NJ 08204-0194 | LiLis Health Spa<br>Shufan Jiang<br>11 Dory Drive<br>Cape May, NJ 08210-2010 |
| Louie's Pizza<br>Mohamad Abdelsalem<br>2499 Trewigtown Road<br>Colmar PA 18915-9410 | Madison Bakery and Food Service<br>Joe McCarraher<br>10 East Florida Ave<br>Villas, NJ 08251-3103 | Madison's Bakery<br>717 Beach Drive, Store #6<br>Cape May NJ 08204-1828 |
| Murrells Retail Associates, LLC<br>c/o Eric A. Rosen, Esq.<br>Fowler White Burnett, P.A.<br>515 N. Flagler Drive., Suite 2100<br>West Palm Beach, FL 33401-4332 | (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Outback Steakhouse<br>Alicia M. Smith, Esquire<br>Marshall Dennehey Warner Coleman &<br>15000 Midlantic Drive, Suite 200, P.O. B<br>Mount Laurel, NJ 08054-1573 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| Palm Beach County Tax Collector<br>PO Box 3353<br>West Palm Beach, FL 33402-3353 | Pudgy Pelican, Inc.<br>T/A Zoe's Cape Cafe<br>715 Beach Ave<br>Cape May NJ 08204-2405 | Quincey's Original LLC<br>676 E. Swedesford Road, Suite 130<br>Wayne PA 19087-1630 |
| Ranson Retail II, LLC<br>P.O. Box 79244<br>Baltimore, MD 21279-0244 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 |

| | | |
|---|---|---|
| Steven M Petrillo, Esquire<br>6951 North Park Drive<br>Pennsauken, NJ 08109-4212 | Stonegate Bank<br>1430 N. Federal Highway<br>Fort Lauderdale, FL 33304-1430 | Sugar N'Ice, LLC a/k/a Rita's Ices<br>Cones, Shakes and Other Cool Stuff<br>279 Fieldboro Dr.<br>Lawrence Township NJ 08648-3913 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | SunTrust Consumer Loan Payments<br>P.O. Box 791144<br>Baltimore, MD 21279-1144 | Surrey Bank & Trust<br>Attn:  Linda Owen<br>145 North Renfro Street<br>Mount Airy, NC 27030-3834 |
| TD Auto Finance<br>P.O. Box 16035<br>Lewiston, ME 04243-9517 | TD Auto Finance LLC<br>c/o Bert Echols<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | The Bancorp Bank<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA 19103-3652 |
| The Bancorp Bank<br>405 Silverside Road, Suite 105<br>Wilmington, DE 19809-1768 | The Bancorp Bank<br>c/o Charles Naselsky, Blank Rome, LLP<br>One Logan Square<br>18th and Cherry Streets, Third Floor<br>Philadelphia, PA 19103-6998 | The Bancorp Bank<br>c/o Suzanne Moore<br>409 Silverside Road, Suite 105<br>Wilmington, DE 19809-1771 |
| The Pearce Law Group, PC<br>1314 Professional Dr<br>Myrtle Beach, SC 29577-5767 | Tracy C. Andrews<br>1289 SW Idol Ave<br>Port Saint Lucie, FL 34953-6840 | Tracy C. Andrews<br>c/o Philip DeBerard, Esq.<br>PO Box 3326<br>Stuart, FL 34995-3326 |
| US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6209 | US Bank as Cust for Tower DBW VI Trust 2016-<br>PO Box 645040<br>Cincinnati OH 45264-5040 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |
| VW Credit Inc. dba Audi Financial Services<br>PO Box 9013<br>Addison, Texas 75001-9013 | VW Credit Inc. dba Audi Financial Services<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Waste Management of New Jersey, Inc.<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 |
| Wells Fargo Vendor Financial Services, LLC<br>Attn.:  Kimberly Park<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Wendy Barth<br>Separately Swimwear<br>Unanchored<br>433 Asbury Ave<br>Ocean City NJ 08226-3945 | Alan Barbee<br>1400 Centerpark Blvd.<br>Suite 860<br>West Palm Beach, FL 33401-7421 |
| Angelo J Isenburg<br>c/o Edmund Gonzalez, Esq.<br>324 Datura Street<br>Suite 200<br>West Palm Beach, FL 33401-5415 | Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | Deborah Frank<br>c/o Charles I. Cohen<br>2255 Glades Road<br>Suite 301E<br>Boca Raton, FL 33431-7383 |
| Delores Eigenmann<br>c/o Dunn Law, P.A.<br>66 West Flagler Street<br>66 West Flagler Street<br>Miami, FL 33130-1876 | Eric S Pendergraft<br>Shraiberg, Landau & Page, P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 | Jodie Louthe<br>c/o Van De Bogart Law P.A.<br>2580 N Andrews Ave<br>Fort Lauderdale, FL 33311 |

| | | |
|---|---|---|
| Kevin M Newman<br>125 East Jefferson Street<br>Syracuse, NY 13202-2020 | Leslie Heilman<br>919 N Market Street<br>Wilmington, DE 19801-3023 | Max J Smith<br>Shraiberg, Landau & Page, PA<br>2385 NW Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 |
| Nai Mertz<br>Barry Mertz SIOR<br>21 Roland Avenue<br>Mt Laurel, NJ 08054-1011 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | Robert Eigenmann<br>c/o Dunn Law, P.A.<br>66 West Flagler Street<br>66 West Flagler Street<br>Miami, FL 33130-1876 |
| William H Pillsbury<br>3959 Welsh Road #333<br>Willow Grove, PA 19090-2900 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08695

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALZ Holdings, LLC<br>c/o Julianne Frank<br>4495 Military Trail<br>Jupiter | (u)Dezer Intracoastal Mall LLC<br>18001 Collins Av, 31st Floor<br>Sunny Isles Beach | (u)Murrells Retail Associates, LLC |
| (u)Nai Merin Hunter Codman | (u)West Palm Beach | (d)Daniel C. Bruton<br>Bell Davis & Pitt, PA<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 |
| (u)Jason Sundook | (u)Jocelyn and Brendan Byrne | (u)Margaret Croke |

End of Label Matrix
Mailable recipients    126
Bypassed recipients      9
Total                  135

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-20022-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Jun  9 10:59:08 EDT 2020 | Chatham County Tax Commissioner<br>c/o Daniel T Powers<br>Attn: Theresa C Harrelson<br>Post Office Box 8324<br>Savannah, GA 31412-8324 | Frank Entertainment Group, LLC<br>c/o Shutts & Bowen<br>300 S Orange Ave #1600<br>Orlando, FL 32801-3382 |
| Frank Theatres Management, LLC<br>1003 W. Indiantown Rd, Suite 210<br>Jupiter, FL 33458-6851 | Frank Theatres, Rio LLC<br>c/o Shutts & Bowen LLP<br>300 S Orange Ave #1600<br>Orlando, FL 32801-3382 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| The Bancorp Bank<br>c/o Heather L. Ries, Esq.<br>Fox Rothschild LLP<br>777 S. Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401-6161 | Broward County Tax Collector<br>PO Box 29009<br>Fort Lauderdale, FL 33302-9009 | Capital Contractors, Inc.<br>One CA Plaza, Suite 101<br>Islandia, NY 11749-5305 |
| Chatham County Tax Commissioner<br>Attn:  Theresa C. Harrelson<br>Post Office Box 8324<br>Savannah, GA 31412-8324 | Deborah B. Frank<br>c/o Charles I. Cohen, Esq.<br>Furr & Cohen PA<br>2255 Glades Rd., Ste 301E<br>Boca Raton, FL 33431-7383 | Dezer Intracoastal Mall LLC<br>18001 Collins Avenue<br>31st Floor<br>Sunny Isles Beach, FL 33160-2722 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Frank Entertainment Group, LLC<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1600<br>Orlando, FL 32801-3382 | Garrett W. Hagan<br>P.O. Box 272789<br>Boca Raton, FL 33427-2789 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jocelyn Byrne and Brendan Byrne, husband and<br>Steven M. Petrillo, Esquire<br>Petrillo & Goldberg, P.C.<br>6951 North Park Drive<br>Pennsauken, NJ 08109-4212 |
| Kingsport Mall, LLC<br>1190 Interstate Pkwy<br>Augusta, GA 30909-6404 | Kingsport Mall, LLC<br>c/o R. Lee McVey<br>108 E. Main St., Suite 208<br>Kingsport, TN 37660-4257 | Las Olas Riverfront, LP<br>2434 East Las Olas Blvd<br>Fort Lauderdale, FL 33301-1573 |
| Las Olas Riverfront, LP<br>c/o Jason R. Block<br>Rennert Vogel Mandler & Rodriguez, PA<br>100 SE 2nd St., Ste 2900 - Miami Tower<br>Miami, FL 33131-2119 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm Beach County Tax Collector<br>PO Box 3353<br>West Palm Beach, FL 33402-3353 | Roadside Attractions LLC<br>7920 Sunset Blvd. Suite 402<br>Los Angeles, CA 90046-3300 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 |
| Savannah River Enterprises<br>d/b/a Jani-King of Savannah<br>3665 Wheeler Rd #1A<br>Augusta, GA 30909-6596 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Steven M. Petrillo, Esquire<br>Petrillo & Goldberg, P.C.<br>6951 North Park Drive<br>Pennsauken, NJ 08109-4212 |

| | | |
|---|---|---|
| US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6209 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | W.W. Grainger, Inc<br>401 S Wright Rd W4E.C37<br>Janesville, WI 53546-8729 |
| Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | Max J Smith<br>Shraiberg, Landau & Page, PA<br>2385 NW Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Deborah B Frank | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-11454-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon May 20 12:57:22 EDT 2019 | Chatham County Tax Commissioner<br>Attn: Theresa C. Harrelson<br>PO Box 8324<br>Savannah, GA 31412-8324 | Frank Investments, Inc.<br>1003 W. Indiantown Rd, Suite 210<br>Jupiter, FL 33458-6851 |
| The Bancorp Bank<br>c/o Heather L. Ries<br>777 S. Flagler Dr #1700 W Tower<br>West Palm Beach, FL 33401-6159 | AT&T<br>PO Box 105251<br>Atlanta, GA 30348-5251 | (p)CENTENNIAL BANK ATTN SPECIAL ASSETS<br>P O BOX 1028<br>CABOT AR 72023-1028 |
| Comcast<br>PO Box 71211<br>Charlotte, NC 28272-1211 | Creekside Office Condomimium Association<br>1003 W Indiantown Road, Suite 210<br>Jupter, FL 33458-6851 | Daniel C. Bruton<br>Bell Davis & Pitt, PA<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 |
| Dezer Intracoastal Mall LLC<br>18001 Collins Avenue<br>31st Floor<br>Sunny Isles Beach, FL 33160-2722 | Farmer and Irwin<br>3300 Avenue K<br>Riviera Beach, FL 33404-2138 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Life Safety<br>2017 Corporate Drive<br>Boynton Beach, FL 33426-6653 | MYITA<br>390 East Indiantown Road<br>607347<br>Jupiter, FL 33458 | Margaret Croke<br>7405 Lake Worth Road<br>Lake Worth, FL 33467-2530 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>301 North Olive Ave<br>West Palm Beach, FL 33401-4791 |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Staples<br>Attn: Adrienne Chavis<br>7 Technology Cir<br>Columbia SC 29203-9591 |
| Surrey Bank & Trust<br>Attn:  Linda Owens<br>145 North Renfro Street<br>Mount Airy, NC 27030-3834 | US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6209 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |
| Water Tower Square Associates<br>Jeffrey Kurtzman, Esq<br>KURTZMAN STEADY, LLC<br>401 S 2nd St, Ste 200<br>Philadelphia, PA 19147-1612 | Wells Fargo Vendor Financial Services, LLCk<br>Attn.: Kimberly Park<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Windstream<br>PO Box 3177<br>Cedar Rapids, IA 52406-3177 |

```
Bradley S Shraiberg                        Patrick R Dorsey
2385 NW Executive Center Dr. #300          2385 NW Executive Ctr Dr # 300
Boca Raton, FL 33431-8530                  Boca Raton, FL 33431-8530
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Centennial Bank
PO Box 966
Conway, AR 72033
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                         (d)Chatham County Tax Commissioner        End of Label Matrix
                                           Attn:  Theresa C. Harrelson               Mailable recipients    31
                                           Post Office Box 8324                      Bypassed recipients     2
                                           Savannah, GA 31412-8324                   Total                  33
```